UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-00068-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| JOSE GUADALUPE CORTEZ | ) | |

Upon motion of the United States, it is hereby ORDERED Docket
Entry Number 46 be sealed until such time as requested to be unsealed
by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of
the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the __18__ day of March, 2015.

JAMES C. DEVER III
Chief United States District Judge