UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-00068-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER |
| v. | ) | |
| | ) | (Under Seal) |
| JOSE GUADALUPE CORTEZ | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 52 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the 17 day of June, 2015.

JAMES C. DEVER III
Chief United States District Judge