IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | 5:14CR00068D-001 |
| VS. | ) | |
| | ) | ORDER TO SEAL SENTENCING |
| JOSE GUADALUPE CORTEZ | ) | MEMORANDUM |

ON MOTION of the Defendant and for good cause shown to the Court;

IT IS ORDERED that the Sentencing Memorandum of the Defendant, filed August 24, 2015 is SEALED from public access.

This 25th day of August, 2015.

James C. Dever, III
Chief United States District Court Judge